# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ANTHONY E. GAUSE, | : | Case No. 3:24-cv-7 |
| | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| WARDEN, CHILLICOTHE | : | |
| CORRECTIONAL INSTITUTION, | : | |
| | : | |
| Respondent. | : | |

## ORDER CONCERNING MAIL FROM THIS COURT

Petitioner, a prisoner in state custody at the Chillicothe Correctional Institution, has filed a motion asking that a "control number" be applied to all mail sent to him by this Court. (*See* Doc. 6). Petitioner is proceeding in this case without the assistance of counsel.

The Court **DENIES** the motion. However, in order to manage the case in a timely and efficient manner, the undersigned United States Magistrate Judge hereby **ORDERS** that mail from this Court addressed to Petitioner in this case is legal mail under *Sallier v. Brooks*, 343 F.3d 868, 877 (6th Cir. 2003). *See generally Vinson v. Brown*, No. 2:23-cv-80, 2024 U.S. Dist. LEXIS 4128 (S.D. Ohio Jan. 8, 2024) (discussing the "legal mail" issue). The Ohio Department of Rehabilitation and Correction is **ORDERED** to treat the Court's mail to Petitioner in this case as legal mail regardless of whether it bears a "control number." The Clerk of Court is **DIRECTED** to serve this Order on (1) the Ohio Attorney General's Office (which represents Respondent employed by the State of Ohio in similar matters) at 30 E. Broad Street, 23rd Floor, Columbus, OH 43215; and (2) the Mailroom Supervisor at Chillicothe Correctional Institution.

**IT IS SO ORDERED.**


October 9, 2024                                    *s/Peter B. Silvain, Jr.*
                                                   Peter B. Silvain, Jr.
                                                   United States Magistrate Judge